```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 17256
   ISHMAEL O NWANGWA
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8149

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 09/21/2007 and was confirmed 12/03/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 04/14/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
LIGHTHOUSE FINANCIAL GRO SECURED VEHIC   11000.00            73.33          441.47
ILLINOIS STATE TOLL HWY  UNSECURED       10483.40              .00             .00
LIGHTHOUSE FINANCIAL GRO UNSECURED        3942.39              .00             .00
INTERNAL REVENUE SERVICE PRIORITY        11440.00              .00             .00
PRO SE DEBTOR            DEBTOR ATTY          .00                             .00
TOM VAUGHN               TRUSTEE                                            35.20
DEBTOR REFUND            REFUND                                               .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  550.00

PRIORITY                                             .00
SECURED                                           441.47
   INTEREST                                        73.33
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                               35.20
DEBTOR REFUND                                        .00
                       ---------------     ---------------
TOTALS                   550.00                   550.00


             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 17256 ISHMAEL O NWANGWA
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 17256 ISHMAEL O NWANGWA